**SEYFARTH SHAW LLP**
Ian H. Morrison (SBN 6231153)
imorrison@seyfarth.com
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

Michael W. Stevens (SBN 258042)
Nolan R. Theurer (SBN 323563)
mwstevens@seyfarth.com
ntheurer@seyfarth.com
560 Mission St., 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendants
WHIRLPOOL CORPORATION
GROUP BENEFIT PLAN,
WHIRLPOOL CORPORATION,
WELFARE BENEFITS COMMITTEE, and
MATRIX ABSENCE MANAGEMENT, INC.

**RENAKER HASSELMAN SCOTT LLP**
Teresa S. Renaker (SBN 187800)
Kirsten G. Scott (SBN 253464)
505 Montgomery Street, Suite 1125
San Francisco, CA 94111
Telephone:    (415) 653-1733
Facsimile:    (415) 727-5079

Attorneys for Plaintiff
EMILY MOORE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILY MOORE,<br><br>              Plaintiff,<br><br>      v.<br><br>WHIRLPOOL CORPORATION GROUP BENEFIT PLAN, WHIRLPOOL CORPORATION, WELFARE BENEFITS COMMITTEE, and MATRIX ABSENCE MANAGEMENT, INC.<br><br>              Defendants. | Case No. 4:21-cv-07039-JCS<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Plaintiff Emily Moore ("Plaintiff"), and Defendants Whirlpool Corporation Group Benefit Plan, Whirlpool Corporation, Welfare Benefits Committee, and Matrix Absence Management, Inc. ("Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"), by and through their respective counsel, that this action shall be dismissed in its entirety with prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a), et seq. Except as otherwise handled by the Parties through their confidential settlement agreement, each party to bear its own costs of suit and attorneys' fees.

DATED: February 24, 2022                    **RENAKER HASSELMAN SCOTT LLP**

                                                    By:   */s/ Kirsten G. Scott*
                                                                Teresa S. Renaker
                                                                Kirsten G. Scott

                                                  Attorneys for Plaintiff

DATED: February 24, 2022                    **SEYFARTH SHAW LLP**

                                                  By:   */s/ Nolan R. Theurer*
                                                               Ian H. Morrison
                                                               Michael W. Stevens
                                                               Nolan R. Theurer

                                                  Attorneys for Defendants

### SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(h)(3), I hereby certify that I have obtained the concurrence of Mr. Nolan R. Theurer, counsel of record for Defendants, in the filing of this Stipulation for Dismissal.

| | | |
|---|---|---|
| 1 | DATED: February 24, 2022 | **RENAKER HASSELMAN SCOTT LLP** |
| 2 | | |
| 3 | | By:    |
| 4 | | Kirsten G. Scott |
| 5 | | Attorney for Plaintiff |

Dated: February 24, 2022

